FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Christopher A. Wilson II

CV422-076

(Enter above full name of plaintiff or plaintiffs)

v.

Chatham County Jail ie; medical & mental health

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action? Yes ___ No _X_

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiffs: N/A

         Defendants:

      2. Court (if federal court, name the district; if state court, name the county): N/A

      3. Docket number: N/A

      4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No ✗

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

    Plaintiffs: N/A

    Defendants: N/A

2. Court (name the district): N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

2

7. Approximate date of disposition: _____N/A_____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ____ No X

1. If your answer to C is yes, name the court and docket number for each case:

   _____N/A_____

II. Place of present confinement: __Chatham County Detention Center__

A. Is there a prisoner grievance procedure in this institution? Yes X No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes X No ____

C. If your answer to B is yes:

1. What steps did you take? ~~I begged for~~ mental health regarding night terrors due to several past traumas - particularly army related. Mental health didn't do anything to help and dismissed me even after I cried for help previous incarceration for same issue. No help then either. also was placed on top bunk when I had lower bunk PROFILE

2. What was the result? Life long damage to my shoulder and back pains. I'm still on top bunk. I spent two days in the emergency room as soon as someone finally saw my shoulder their eyes got wide as a plate and sent me to emergency right then

also cried to "medical" grievance for two days with broken shoulder crying & ~~I~~ quote "Emergency Emergency." I was called 72 hours later for allergies

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes _X_ No ___

If yes, what was the result? mental health still not helping. I cry for help daily in kiosk I can not write any more "I've reached maximum number of entries" which is three. I'm "scheduled".

D. If you did not utilize the prison grievance procedure, explain why not: I'm still in pain every day and have night terrors to the point I won't let my self sleep when possible.

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Christopher A Wilson II
Address: I lost my house during incarceration @ 74 East Griffin Drive Savannah GA 31405... the jail

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Chatham County Jail
Position:
Place of employment:
Current address:

C. Additional defendants: Dr. Stockfish is phychologist. Dr. Labestro is physican. Nurse Sylvester and Hurn Answer Kiosk. Wilshire is Sherrif. IDK what to put.

V. ~~Relief~~ Statement of claim - I got sheets backward

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

First, I reported to mental health on the kiosk stating that I suffer from night terror. This place deffinitly triggers all pressure points of my P.T.S.D. I begged for help. 1 month later I got to see Dr. Stockfish. He purscribes me High blood pressure meds which do nothing. I continue to scare my roommates and if they attemp to wake me I can't discern between dream and reality. I've put my hands on two of my roommates. I need those pills for my heart. Luckily they were kind and understanding.

He said that he would see me in 2 weeks there after and to stop the medicine if I experienced any "wierd" side effects.

So As of today its been 48 days since that meeting and I cant reach any one in the mental health dept.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of March, 2022

Prisoner No. P1907535

(Signature of Plaintiff)

The kiosk tells me "I've reached the maximum number of entries." Which is three by the way. Still have not been read.

I put emergency in the regular medical and LPC came to see me and told me 2 weeks ago I was scheduled and again today again I was scheduled (March 21st 2022)

All the while, ago I spent 2 days in the emergency room because my shoulder is broke in several places. I have 50% mobility for what they say is the rest of my life. I'm in pain day and night and funny it happened due to me tossing and turning off the top bunk. (When I have an ignored bottom bunk profile) Due to my night terrors. My bunk mate Mathew Olayos can attest to this.

My shoulder landed on bottom bunk and my head simultaneously smashed the concrete, it caused severe nerve pain half way down my back and obviously the broken shoulder.

I am still not seeing stockfish yet but this is primarily due to the

bodily injury affecting the rest of my life. The utter malpractice of Dr. Stockfish. The mistreatment and conditions I was forced to sleep on during healing. It is messed up and people can't even look at it without wincing. And life long disability even after incarseration.

Mental Health request Started 2/12/22
Injury happened 2/28/22
Finally Seen by medical 3/3/22
Sent to E.R. on 3/3/22.
Still not seen mental health 3/23/22

IV:   Statement of Claim ~~Relief~~. I got sheets backwards

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Quite simply and Frankly:
- Restitution for unnessisary pain and mental anguish when followed all corses of action allotted to me. (Still not helped to this day March 21, 2022)

- Restitution for tramatic event left with multiple fractures in shoulder and head drama from fall

- Restitution for extremly ~~the~~ limited mobility in right arm and shoulder. Life time sostaining

- Also restitution for life long pain and nerve damage due to said injury.

general chenge of the lackluster care of inmates and especially ~~veterans~~ veterin's.

4:22-cv-00076-CLR   Document 1   Filed 04/01/22   Page

C. Wilson P1907535
1011 Carl Griffin Dr
Savannah, GA 31405

United States District Court
P.O. Box 8286
Savannah, GA 31412

JACKSONVILLE FL 320
30 MAR 2022 PM 1

U.S. Marshals Service
Savannah, Georgia